PEOPLE v. PORTER

Appeal from Recorder's·Court of Detroit, Joseph A. Gillis, J. Submitted Division 1 April 27, 1971, at Grand Rapids. (Docket No. 9912.) Decided May 26, 1971.

Earlvin Lee Porter was convicted, on his plea of guilty, of attempted fraudulent use of a credit card. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Thomas J. Olejnik,* for defendant on appeal.

Before: T. M. Burns, P. J., and R. B. Burns and Fitzgerald, JJ.

Per Curiam. Defendant pled guilty to the charge of attempted fraudulent use of a credit card;[1] he did not file a motion to withdraw his guilty plea in the trial court, but here asserts that the same was involuntarily made. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3).

---

[1] MCLA § 750.157q (Stat Ann 1971 Cum Supp § 28.354[16]).

A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.